UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD STEVENS, | CASE NO. C19-0850-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FIRST HEALTH GROUP CORP., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the time to respond to Plaintiff's complaint (Dkt. No. 6). The motion is GRANTED. Defendant shall respond to Plaintiff's complaint by July 8, 2019.

DATED this 7th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
